IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JACQUELINE C. MELCHER                    No. C 16-06123 WHA

**JUDGMENT**

/

For the reasons stated in the accompanying order dismissing this appeal, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of John Richardson and against Jacqueline Melcher.

**IT IS SO ORDERED.**

Dated: March 29, 2017.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE